awarded in a CPLR article 78 proceeding (see, 24 Carmody-Wait 2d, NY Prac § 145.407), only a "party in whose favor a judgment is entered is entitled to costs" (CPLR 8101). Additionally, the court erred in declaring that respondent waived the right to recover certain excess payments uncovered during an audit. That issue was not properly before the court because petitioner never sought such a declaration and respondent never counterclaimed to recover the money. (Appeal from Judgment of Supreme Court, Chautauqua County, Gerace, J.—CPLR art 78.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

 In the Matter of LYNNDA M. O'HARA, Respondent, v FRANK P. O'HARA, Appellant. (Appeal No. 1.) [691 NYS2d 811] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision of the Hearing Examiner (Aman, H.E.). We note, however, that respondent contends that he should receive credit against his child support payments for all or a portion of the sum he pays toward the child's room and board at college. That contention is raised for the first time on appeal, and the record is not sufficiently developed for this Court to review it. (Appeal from Order of Erie County Family Court, Battle, J.—Support.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

 In the Matter of LYNNDA M. O'HARA, Respondent, v FRANK P. O'HARA, Appellant. (Appeal No. 2.) [692 NYS2d 628] —Order unanimously affirmed without costs. Same Memorandum as in Matter of O'Hara v O'Hara ([appeal No. 1] 262 AD2d 1076 [decided herewith]). (Appeal from Order of Erie County Family Court, Battle, J.—Support.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

 In the Matter of LYNNDA M. O'HARA, Respondent, v FRANK P. O'HARA, Appellant. (Appeal No. 3.) [692 NYS2d 632] —Order unanimously affirmed without costs. Same Memorandum as in Matter of O'Hara v O'Hara ([appeal No. 1] 262 AD2d 1076 [decided herewith]). (Appeal from Order of Erie County Family Court, Battle, J.—Support.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

 In the Matter of the Arbitration between STATE FARM INSURANCE COMPANY, Respondent-Appellant, and DANIELLE C. HINEY, Petitioner-Respondent. [691 NYS2d 804] —Order unanimously modified on the law and as modified affirmed without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: